

**NUMBER 13-09-00299-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**LAURA L. SANDERS,**                                                        **APPELLANT,**

**v.**

**EDWARD L. SANDERS,**                                                       **APPELLEE.**

### On appeal from the 107th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

This case is before the Court on a joint and agreed motion to render judgment effectuating the agreement of the parties and to dismiss the appeal. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to render judgment effectuating the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(A). The parties have agreed that the

Court should modify the trial court judgment by rendering the following order: (1) Laura L. Benavidez' name be restored to Laura L. Sanders and (2) Child support to be paid by Laura L. Sanders be set, commencing on November 24, 2008, to $630.00.

We GRANT the joint motion to dismiss. We RENDER judgment effectuating the parties' agreement: the trial court judgment is modified as follows: (1) Laura L. Benavidez' name be restored to Laura L. Sanders and (2) Child support to be paid by Laura L. Sanders be set, commencing on November 24, 2008, to $630.00, and DISMISS the appeal. Appellant shall bear the costs of this appeal. *See id.* 42.1(d).

The parties request immediate issuance of our mandate. *See* TEX. R. APP. P.18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately.

PER CURIAM

Delivered and filed the 17th
day of December, 2009.

2